IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 96-40375
Summary Calendar

---

DONALD R. FRANK,

Plaintiff-Appellant,

versus

JACK GARNER; D. GROUNDS; J. HASSELL;
D. HUDSON; K. BROWN; D. BROWN,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:96-CV-14
- - - - - - - - - -
July 31, 1996

Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Donald R. Frank, #208829, appeals the dismissal of his civil rights suit as frivolous under

28 U.S.C. § 1915(d). We have reviewed the record and the decision of the district court and find

no abuse of discretion in the district court's dismissal of Frank's claim of due process violations in

his placement in lockdown. Accordingly, the judgment dismissing this claim as frivolous is

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in Local Rule
47.5.4.

AFFIRMED for essentially the reasons stated by the magistrate judge and adopted by the district court.  Frank v. Garner, No. 5:96-CV-014 (E.D. Tex. April 9, 1996).  Frank's claims of Eighth Amendment violations during lockdown, constitutionally inadequate food, and denial of access to court have been abandoned by Frank's failure to brief these issues on appeal.  See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).

AFFIRMED.